UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | 3:03-CR-0121-LRH-RAM |
| v. | ) ) | |
| SHAUN TURNER, | ) ) ) | |
| Defendant. | ) | |

### ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the District of Nevada hereby dismisses the Indictment filed July 2, 2003, against SHAUN TURNER, Defendant herein.

Respectfully submitted,

GREGORY A. BROWER
United States Attorney

By: *[signature]*

RONALD C. RACHOW
Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

DATED this 9th day of June, 2008.

*[signature]*

LARRY R. HICKS
UNITED STATES DISTRICT JUDGE